IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES HILL, #400331 | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 4:24-CV-616-SDJ |
| | § | |
| WAL-MART, ET AL. | § | |

## <u>MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>

This case was referred to United States Magistrate Judge Aileen Goldman Durrett, who issued a Report and Recommendation finding that Plaintiff had accumulated at least three strikes under 28 U.S.C. § 1915(g) before filing this lawsuit and therefore recommended that the Court dismiss this case with prejudice for the purpose of proceeding *in forma pauperis*. (Dkt. #8). The Magistrate Judge further recommended that the case should proceed if Plaintiff paid the full $405.00 filing fee within fifteen days of the dismissal order. (Dkt. #8).

The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **DISMISSED** with prejudice for purposes of proceeding *in forma pauperis* under 28 U.S.C. § 1915(g), but without prejudice as to the refiling of this lawsuit without seeking *in forma pauperis* status and payment of the full $405.00 filing fee.

1

**So ORDERED and SIGNED this 27th day of December, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE